SCHROEDER *v.* OTIS ELEVATOR CO.

MASTER AND SERVANT—WORKMEN'S COMPENSATION ACT—COMMON-LAW MARRIAGE.

In proceedings under the workmen's compensation act, the conclusion of the department of labor and industry that plaintiff was not the common-law wife of deceased employee, being sustained by testimony, is conclusive, and an order denying compensation is therefore affirmed.

Certiorari to Department of Labor and Industry. Submitted January 7, 1930. (Docket No. 7, Calendar No. 34,627.)   Decided March 6, 1930.

Bertha Schroeder presented her claim for compensation against the Otis Elevator Company and Employers' Liability Assurance Corporation, insurer, for the accidental death of her alleged common-law husband in defendant's employ.   From an order denying compensation, plaintiff brings certiorari.   Affirmed.

*Wm. E. Barrett,* for plaintiff.

*G. Wilson Gloster,* for defendants.

POTTER, J.   Plaintiff, claiming to have been the common-law wife of Theodore J. Schroeder, deceased, at the time of his death, seeks, by certiorari to review the order of the department of labor and industry, denying her compensation.   The sole question is whether she was the wife of deceased at the time of his death.   There is testimony tending to show the parties, though they lived together, con-

templated marriage in the future. There being testimony to sustain the conclusion of the department of labor and industry, we may not disturb its findings, which are hereby affirmed, with costs.

WIEST, C. J., and BUTZEL, CLARK, McDONALD, SHARPE, NORTH, and FEAD, JJ., concurred.